

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jaray Tyrell Mims,

Vs. No. 11-18-00314-CR

The State of Texas,

\* From the 142nd District Court
of Midland County,
Trial Court No. CR46716.

\* December 31, 2020

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgments below. Therefore, in accordance with this court's opinion, we modify the judgments of the trial court and the bill of cost to delete the assessment of court-appointed attorney's fees as costs to be borne by Appellant. As modified, we affirm the judgments of the trial court.